A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.

MICHIGAN FEDERATION OF TEACHERS *v.* BROWN CITY SCHOOLS. Appeal from Michigan Employment Relations Commission. Submitted Division 2 May 4, 1971, at Detroit. (Docket No. 10254.) Decided June 29, 1971.

*Craig, Fieger & Golden,* for plaintiff.

*Levin, Levin, Garvett & Dill* (by *Harvey I. Wax*), for intervenor-appellant Brown City Education Association.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and T. M. BURNS, JJ.

MEMORANDUM OPINION. This is an appeal by the Brown City Education Association from adverse rulings of Michigan Employment Relations Commission on nine challenged ballots in a representation election.

On April 29, 1970, a representation election was held among teachers in the Brown City School District in which the Brown City Education Association and the Michigan Federation of Teachers were competing to be chosen as collective bargaining representative.

A careful review of the record in this case indicates that the Michigan Employment Relations Commission's findings were supported by competent, material, and substantial evidence. Const 1963, art 6, § 28.

Affirmed.

PEOPLE *v.* JIM A. SMITH. Appeal from Oakland, Robert L. Templin, J. Submitted Division 2 May 11, 1971, at Lansing. (Docket No. 10366.) Decided June 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, and *Frank R. Knox,* Assistant Prosecuting Attorney, for the people.

*D. Lawrence Kevelighan,* for defendant on appeal.

Before: DANHOF, P. J., and FITZGERALD and QUINN, JJ.

DANHOF, P. J. Defendant was convicted, upon his plea of guilty, of an attempt to break and enter. MCLA § 750.92 (Stat Ann 1962 Rev § 28.287). He was sentenced to a prison term of 2-1/2 to 5 years. Defendant appeals. An examination of the record discloses no reversible error.

Affirmed.